THE STATE OF WASHINGTON, *Respondent*, v. EUGENE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 88-1-00001-6, Ted Kolbaba, J., entered April 19, 1989. *Affirmed* by unpublished opinion per Reed,

J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.